**Bernard M. WILLIAMS,
Plaintiff–Appellant,**

v.

**Eddie Lee PEARSON, Chief Warden,
Defendant–Appellee.**

**No. 01–7673.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 8, 2002.

Bernard M. Williams, Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Bernard M. Williams appeals the district court's order that he either pay the entire filing fee or consent to having a certain portion of funds in his prison account forwarded to the district court until the fee is paid. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We also deny Williams' motion for appointment of counsel and his motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*